# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HUBBARD,<br><br>    Plaintiff,<br><br>v.<br><br>MPH INVESTMENT LLC, a California Limited Liability Company;<br>MARTIN ARROYO;<br>ELIA DIAZ;<br>and Does 1-10,<br><br>    Defendants. | Case No.: 2:16-CV-08113-ODW-JPR<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates. The Court orders the parties to show cause, in writing only, no later than May 15, 2017, why settlement has not been finalized. The Court will discharge the order upon the filing of a dismissal that complies with Rule 41.

**IT IS SO ORDERED.**

Dated: _March 31, 2017                    _____
                                          HONORABLE OTIS D. WRIGHT, II
                                          United States District Judge